**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DANILO PERALTA** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-4322** |
| **EPIC DIVING & MARINE SERVICES, LLC** | **SECTION "I"** |

# JUDGMENT

This matter came before the Court for trial by jury on previous days. Considering the record, the answers by the jury to the interrogatories propounded by the Court, and the law,

**IT IS ORDERED** that there be judgment in the above-captioned case in favor of plaintiff, Danilo Peralta ("Peralta"), against defendant, Epic Diving & Marine Services, LLC ("Epic"), in the amount of $1,314.35 for past lost earnings for the elbow injury plus post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961(a) until satisfied.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

New Orleans, Louisiana, June 7, 2012.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**