UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANILO PERALTA** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-4322** |
| **EPIC DIVING & MARINE SERVICES, L.L.C.** | **SECTION I** |

## JUDGMENT

This matter came before the Court for trial by jury on previous days. The jury found that defendant was not liable for plaintiff's knee injury, but that it was liable for plaintiff's elbow injury. After the Court ordered[1] a new trial with respect to damages related to plaintiff's elbow injury, the parties reached a settlement[2] as to the elbow injury claims. Considering the record, the answers by the jury to the interrogatories propounded by the Court, the Court's order[3] dismissing plaintiff's elbow-injury claims against defendant, and the law, for the reasons assigned,

**IT IS ORDERED** that plaintiff's claims relating to his knee injury are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims relating to his elbow injury, pending full and final settlement, are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, January 7, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 88.
[2] *See* R. Doc. No. 121.
[3] *Id.*